# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Walsh Barton Malow JV III, et al.

                                        Plaintiff,

v.                                                                  Case No.: 1:24–cv–05578

                                                                       Honorable John J. Tharp Jr.

Liberty Mutual Fire Insurance Company

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 30, 2024:

      MINUTE entry before the Honorable John J. Tharp, Jr:Defendant Liberty Mutual's motion to stay or alternatively extend time [16] is granted. The deadline to file an answer or other responsive pleading is continued 45 days to 10/18/24. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.